IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONYA NIXON,                          )
individually and on behalf            )
of a class of those similary          )
situated,                             )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   1:07CV839
                                      )
ALAN VESTER AUTO GROUP, INC.,         )
et al.,                               )
                                      )
            Defendants.               )

## O R D E R

This matter is before the Court on Plaintiff's motion to place Exhibit 5 to the original complaint under seal. (Docket No. 3) The motion is denied for being moot, inasmuch as the last sentence of the docket entry for the complaint (docket no. 1) states: "Modified on 11/7/2007 to eliminate Attachment 1-Exhibit 5."

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

December 7, 2007